# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **CARLOS QUINTANILLA ORTEZ,** §<br>　　Petitioner, §<br>　　　　　　　　　　　　　　§<br>v.　　　　　　　　　　　　　§<br>　　　　　　　　　　　　　　§<br>**MARY DE ANDA-YBARRA,** *Field Office* §<br>*Director of Enforcement and Removal* §<br>*Operations, El Paso Field Office,* §<br>*Immigration and Customs Enforcement, et*<br>*al.,*<br>　　**Respondents.** | EP-25-CV-00743-DB |

## ORDER

On this day, the Court considered the above-captioned case. On December 26, 2025, Petitioner Carlos Quintanilla Ortez filed an "Petition for Writ of Habeas Corpus," ECF No. 1. On January 6, 2026, the Court issued its "Order," ECF No. 5, wherein following orders issued:

> Accordingly, after careful consideration of the undisputed facts in this case as well as the legal conclusions made in *Vieira* and this Court's subsequent immigration habeas cases brought by petitioners subject to mandatory detention under the Government's new interpretation of 8 U.S.C. § 1225(b), IT IS HEREBY ORDERED Petitioner Carlos Quintanilla Ortez's "Petition for Writ of Habeas Corpus," ECF No. 1. is GRANTED IN PART on procedural due process grounds. IT IS FURTHER ORDERED Respondents SHALL PROVIDE Petitioner with a bond hearing before an immigration judge at which the government shall bear the burden of justifying, by clear and convincing evidence, the dangerousness or flight risk for Petitioner's continued detention; or (2) release Petitioner from custody, under reasonable conditions of supervision, during the pendency of their removal proceedings no later than January 9, 2026. IT IS FURTHER ORDERED Respondents SHALL FILE an advisory informing the Court when the bond hearing will be held in accordance with the preceding order no later than January 8, 2026. IT IS FINALLY ORDERED Respondents SHALL FILE an advisory informing the Court, in detail, of the reasons for the IJ's bond hearing decision no later than January 13, 2026.

ECF No. 5 at 3. On January 13, 2026, Respondents filed "Respondents' Advisory," ECF No. 7, stating that "[o]n January 9, 2026, Petitioner, Carlos Quintanilla Ortez, requested a custody redetermination, and after full consideration of the evidence presented Petitioner was ordered released from custody under bond of $20,000." *Id.* at 1.  Petitioner is in the process of paying said bond. *Id.*

Accordingly, **IT IS HEREBY ORDERED** the parties **SHALL CONFER AND FILE** a notice informing the Court whether any matters remain to be resolved in this case by **<u>no later than January 16, 2026.</u>**

**SIGNED** this **13th** day of **January 2026**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**